```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
REDDING TRANSIT MARINE LINES, INC.,  :
                                     :
                   Plaintiff,        :        06 Civ. 13465 (JSR)
                                     :
           -v-                       :
                                     :                ORDER
SALEM Y. ABDELHAMEED,                :
                                     :
                   Defendant.        :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 13, 2009, the Court ordered the parties in the above-captioned action to appear for trial on Monday, August 17, 2009. Shortly thereafter, counsel for plaintiff requested an extension of time to move for summary judgment. Because there is ample time before trial for plaintiff to so move, the Court sees no reason to deny plaintiff's request. Accordingly, summary judgment papers must be served by the following dates: **4/8/09** for moving papers, **4/29/09** for answering papers, and **5/6/09** for reply papers. No further adjournments will be granted, and the trial in this action remains firmly set to begin on Monday, August 17, 2009, at 9:00 a.m.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 25, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-09